**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No.:** 15-20112 | **Trustee Name:** Randall L. Frank |
| **Case Name:** BEEBE, DALE LEE AND BEEBE, TONYA R. | **Date Filed (f) or Converted (c):** 01/27/2015 (f) |
| **For the Period Ending:** 06/30/2015 | **§341(a) Meeting Date:** 02/24/2015 |
| | **Claims Bar Date:** 07/29/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |
| 1 | Residence at: 6409 Mill St., Riverdale, MI 48877 (includes a 1998 Century Manufacture Home) | $50,000.00 | $0.00 | | $0.00 | FA |
| 2 | Real Estate at: 6395 Mill St., Riverdale, MI 48877 (includes 1970 Trailer House) | $10,000.00 | $3,020.00 | | $3,020.00 | FA |
| 3 | GRACO Federal Credit Union - Checking Account | $0.00 | $0.00 | | $0.00 | FA |
| 4 | GRACO Federal Credit Union - Checking Account | $0.00 | $0.00 | | $0.00 | FA |
| 5 | GRACO Federal Credit Union - Savings Account | $10.00 | $0.00 | | $0.00 | FA |
| 6 | Household Goods located at: 6409 N.W. Mill St., Riverdale, MI 48877 | $4,500.00 | $0.00 | | $0.00 | FA |
| 7 | Wearing Apparel located at: 6409 N.W. Mill St., Riverdale, MI 48877 | $1,500.00 | $0.00 | | $0.00 | FA |
| 8 | 401k | $8,700.00 | $0.00 | | $0.00 | FA |
| 9 | 2014 Federal Income Tax Refund (estimated based upon 2014 Federal Income Tas Refund) | $3,312.00 | $0.00 | | $0.00 | FA |
| 10 | 2000 GMC Envoy | $15,000.00 | $15,000.00 | | $0.00 | FA |
| 11 | 2009 Yamaha 4 Wheeler | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$94,022.00     $18,020.00     $3,020.00     $0.00

**Major Activities affecting case closing:**
06/02/2015     Awaiting Bar Date.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 08/30/2015 | /s/ RANDALL L. FRANK |
| **Current Projected Date Of Final Report (TFR):** | 08/30/2015 | RANDALL L. FRANK |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 15-20112 | | **Trustee Name:** | Randall L. Frank |
| **Case Name:** | BEEBE, DALE LEE AND BEEBE, TONYA R. | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***6758 | | **Checking Acct #:** | ******2173 |
| **Co-Debtor Taxpayer ID #:** | **-***6759 | | **Account Title:** | |
| **For Period Beginning:** | 07/01/2014 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 06/30/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/27/2015 | (2) | Tonya Beebe | Settlement per c/o 4/29/15 | 1129-000 | $3,020.00 | | $3,020.00 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,010.00 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,000.00 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,990.00 |
| | | | **TOTALS:** | | $3,020.00 | $30.00 | $2,990.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,020.00 | $30.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,020.00 | $30.00 | |

**For the period of 07/01/2014 to 06/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,020.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,020.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/23/2015 to 6/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,020.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,020.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursement | $30.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-20112 | **Trustee Name:** Randall L. Frank |
| **Case Name:** | BEEBE, DALE LEE AND BEEBE, TONYA R. | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | **-***6758 | **Checking Acct #:** ******2173 |
| **Co-Debtor Taxpayer ID #:** | **-***6759 | **Account Title:** |
| **For Period Beginning:** | 07/01/2014 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 06/30/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $3,020.00 | $30.00 | $2,990.00 |

**For the period of 07/01/2014 to 06/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,020.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,020.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/23/2015 to 6/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,020.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,020.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.00 |
| Total Internal/Transfer Disbursements: | $0.00 |