UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

DALE L. & TONYA R. BEEBE,   Case No. 15-20112

　　　　　　　　　　　　　　　　　Chapter 7 Proceeding
_____/   Honorable Daniel S. Opperman

## **NOTICE OF INTENT TO FILE FINAL REPORT**

**TO THE CLERK OF THE COURT:**

This is to inform the Court that the Final Report and Account for this estate will be filed approximately ninety (90) days from the date of this notice.

DATED: November 18, 2015　　　　　　/s/ Randall L. Frank
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Randall L. Frank (P33189)
　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　P.O. Box 2220
　　　　　　　　　　　　　　　　　　Bay City, MI 48707-2220
　　　　　　　　　　　　　　　　　　(989) 893-2461
　　　　　　　　　　　　　　　　　　randall.frank@gmail.com