# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 15-20112-DOB |
| | § | |
| DALE LEE BEEBE | § | |
| TONYA R. BEEBE | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/27/2015. The undersigned trustee was appointed on 01/27/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $3,020.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $80.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,940.00 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/29/2015 and the deadline for filing government claims was 07/29/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $755.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $755.00, for a total compensation of $755.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $115.00, for total expenses of $115.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/07/2016    By: /s/ Randall L. Frank
                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 15-20112-DSO | **Trustee Name:** | Randall L. Frank |
| **Case Name:** | BEEBE, DALE LEE AND BEEBE, TONYA R. | **Date Filed (f) or Converted (c):** | 01/27/2015 (f) |
| **For the Period Ending:** | 1/7/2016 | **§341(a) Meeting Date:** | 02/24/2015 |
| | | **Claims Bar Date:** | 07/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Residence at: 6409 Mill St., Riverdale, MI 48877 (includes a 1998 Century Manufacture Home) | $50,000.00 | $0.00 | | $0.00 | FA |
| 2 Real Estate at: 6395 Mill St., Riverdale, MI 48877 (includes 1970 Trailer House) | $10,000.00 | $3,020.00 | | $3,020.00 | FA |
| 3 GRACO Federal Credit Union - Checking Account | $0.00 | $0.00 | | $0.00 | FA |
| 4 GRACO Federal Credit Union - Checking Account | $0.00 | $0.00 | | $0.00 | FA |
| 5 GRACO Federal Credit Union - Savings Account | $10.00 | $0.00 | | $0.00 | FA |
| 6 Household Goods located at: 6409 N.W. Mill St., Riverdale, MI 48877 | $4,500.00 | $0.00 | | $0.00 | FA |
| 7 Wearing Apparel located at: 6409 N.W. Mill St., Riverdale, MI 48877 | $1,500.00 | $0.00 | | $0.00 | FA |
| 8 401k | $8,700.00 | $0.00 | | $0.00 | FA |
| 9 2014 Federal Income Tax Refund (estimated based upon 2014 Federal Income Tas Refund) | $3,312.00 | $0.00 | | $0.00 | FA |
| 10 2000 GMC Envoy | $15,000.00 | $15,000.00 | | $0.00 | FA |
| 11 2009 Yamaha 4 Wheeler | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | | | | |
|---|---|---|---|---|
| | $94,022.00 | $18,020.00 | $3,020.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 08/30/2015 | | /s/ RANDALL L. FRANK |
| **Current Projected Date Of Final Report (TFR):** | | | RANDALL L. FRANK |

Page No: 1
Exhibit B

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** 15-20112-DSO | **Trustee Name:** | Randall L. Frank |
| **Case Name:** BEEBE, DALE LEE AND BEEBE, TONYA R. | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** **-***6758 | **Checking Acct #:** | ******2173 |
| **Co-Debtor Taxpayer ID #:** **-***6759 | **Account Title:** | |
| **For Period Beginning:** 1/27/2015 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 1/7/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2015 | (2) | Tonya Beebe | Settlement per c/o 4/29/15 | 1129-000 | $3,020.00 | | $3,020.00 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,010.00 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,000.00 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,990.00 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,980.00 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,970.00 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,960.00 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,950.00 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,940.00 |
| | | | **TOTALS:** | | $3,020.00 | $80.00 | $2,940.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,020.00 | $80.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,020.00 | $80.00 | |

| **For the period of 1/27/2015 to 1/7/2016** | | **For the entire history of the account between 03/23/2015 to 1/7/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,020.00 | Total Compensable Receipts: | $3,020.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,020.00 | Total Comp/Non Comp Receipts: | $3,020.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $80.00 | Total Compensable Disbursements: | $80.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.00 | Total Comp/Non Comp Disbursements: | $80.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-20112-DSO | **Trustee Name:** Randall L. Frank |
| **Case Name:** | BEEBE, DALE LEE AND BEEBE, TONYA R. | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | **-***6758 | **Checking Acct #:** ******2173 |
| **Co-Debtor Taxpayer ID #:** | **-***6759 | **Account Title:** |
| **For Period Beginning:** | 1/27/2015 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 1/7/2016 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,020.00 | $80.00 | $2,940.00 |

| For the period of 1/27/2015 to 1/7/2016 | | For the entire history of the case between 01/27/2015 to 1/7/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,020.00 | Total Compensable Receipts: | $3,020.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,020.00 | Total Comp/Non Comp Receipts: | $3,020.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $80.00 | Total Compensable Disbursements: | $80.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.00 | Total Comp/Non Comp Disbursements: | $80.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

Page No: 1  
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 15-20112-DSO | **Trustee Name:** Randall L. Frank |
| **Case Name:** | BEEBE, DALE LEE AND BEEBE, TONYA R. | **Date:** 1/7/2016 |
| **Claims Bar Date:** | 07/29/2015 | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | RANDALL L. FRANK P.O. Box 2220 Bay City MI 48707-2220 | Trustee Expenses | Allowed | 2200-000 | $115.00 | $0.00 | $0.00 | $0.00 | $115.00 |
| | RANDALL L. FRANK P.O. Box 2220 Bay City MI 48707222 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,057.00 | $0.00 | $0.00 | $0.00 | $1,057.00 |
| | RANDALL L. FRANK P.O. Box 2220 Bay City MI 48707-2220 | Trustee Compensation | Allowed | 2100-000 | $755.00 | $0.00 | $0.00 | $0.00 | $755.00 |
| 1 | TNT FINANCIAL INC. P.O. Box 5767 Saginaw MI 48603-0767 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $10,217.11 | $0.00 | $0.00 | $0.00 | $10,217.11 |
| 2 | RUSSELL COLLECTION PO BOX 7009 FLINT MI 48507 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $481.00 | $0.00 | $0.00 | $0.00 | $481.00 |
| 3 | MICHIGAN DEPARTMENT OF TREASURY Bankruptcy Unit PO Box 30168 Lansing MI 48909 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (3-1) Secured &#036;2301.65, priority &#036;27.67 & unsecured &#036;6998.43 for Dale

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3a | MICHIGAN DEPARTMENT OF TREASURY Bankruptcy Unit PO Box 30168 Lansing MI 48909 | Claims of Governmental Units | Allowed | 5800-000 | $27.67 | $0.00 | $0.00 | $0.00 | $27.67 |

**Claim Notes:** (3-1) Secured &#036;2301.65, priority &#036;27.67 & unsecured &#036;6998.43 for Dale

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3b | MICHIGAN DEPARTMENT OF TREASURY Bankruptcy Unit PO Box 30168 Lansing MI 48909 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,998.43 | $0.00 | $0.00 | $0.00 | $6,998.43 |

**Claim Notes:** (3-1) Secured &#036;2301.65, priority &#036;27.67 & unsecured &#036;6998.43 for Dale

| Case No. | 15-20112-DSO | | | | | | | | Trustee Name: Randall L. Frank |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BEEBE, DALE LEE AND BEEBE, TONYA R. | | | | | | | | Date: 1/7/2016 |
| Claims Bar Date: | 07/29/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | COUNTY OF GRATIOT<br><br>&#037;Mid Michigan Credit Bureau<br>P.O. Box 130<br>Saint Johns MI 48879-0130 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $560.31 | $0.00 | $0.00 | $0.00 | $560.31 |
| 5 | REGIONAL ACCEPTANCE CORPORATION<br><br>PO Box 1847<br>Wilson NC 27894 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (5-1) 2008 GMC Envoy

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | FRONTIER COMMUNICATIONS<br><br>19 John St.<br>Middletown NY 10940-4918 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $487.09 | $0.00 | $0.00 | $0.00 | $487.09 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Verizon<br>PO Box 248838<br>Oklahoma City OK 73124-8838 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $399.10 | $0.00 | $0.00 | $0.00 | $399.10 |
| 8 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>assignee of MHC Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $294.13 | $0.00 | $0.00 | $0.00 | $294.13 |
| | | | | | **$21,391.84** | **$0.00** | **$0.00** | **$0.00** | **$21,391.84** |

| Case No. | 15-20112-DSO | Trustee Name: | Randall L. Frank |
| --- | --- | --- | --- |
| Case Name: | BEEBE, DALE LEE AND BEEBE, TONYA R. | Date: | 1/7/2016 |
| Claims Bar Date: | 07/29/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Attorney for Trustee Fees (Trustee Firm) | $1,057.00 | $1,057.00 | $0.00 | $0.00 | $0.00 | $1,057.00 |
| Claims of Governmental Units | $27.67 | $27.67 | $0.00 | $0.00 | $0.00 | $27.67 |
| General Unsecured § 726(a)(2) | $19,437.17 | $19,437.17 | $0.00 | $0.00 | $0.00 | $19,437.17 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $25,745.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $755.00 | $755.00 | $0.00 | $0.00 | $0.00 | $755.00 |
| Trustee Expenses | $115.00 | $115.00 | $0.00 | $0.00 | $0.00 | $115.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     15-20112-DOB
Case Name:    DALE LEE BEEBE
              TONYA R. BEEBE
Trustee Name: Randall L. Frank

Balance on hand:     $2,940.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Michigan Department of Treasury | $2,301.65 | $0.00 | $0.00 | $0.00 |
| 5 | Regional Acceptance Corporation | $23,444.23 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,940.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Randall L. Frank, Trustee Fees | $755.00 | $0.00 | $755.00 |
| Randall L. Frank, Trustee Expenses | $115.00 | $0.00 | $115.00 |
| Randall L. Frank, Attorney for Trustee Fees | $1,057.00 | $0.00 | $1,057.00 |

Total to be paid for chapter 7 administrative expenses:     $1,927.00
Remaining balance:     $1,013.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $1,013.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3a | Michigan Department of Treasury | $27.67 | $0.00 | $27.67 |

Total to be paid to priority claims: $27.67
Remaining balance: $985.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,437.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | TNT Financial Inc. | $10,217.11 | $0.00 | $517.95 |
| 2 | RUSSELL COLLECTION | $481.00 | $0.00 | $24.38 |
| 3b | Michigan Department of Treasury | $6,998.43 | $0.00 | $354.77 |
| 4 | County of Gratiot | $560.31 | $0.00 | $28.40 |
| 6 | Frontier Communications | $487.09 | $0.00 | $24.69 |
| 7 | American InfoSource LP as agent for | $399.10 | $0.00 | $20.23 |
| 8 | LVNV Funding, LLC its successors and assigns as | $294.13 | $0.00 | $14.91 |

Total to be paid to timely general unsecured claims: $985.33
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**

15-20112-dob    Doc 30    Filed 01/13/16    Entered 01/13/16 10:08:53    Page 11 of 11