UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In The Matter Of:　　　　　　　　　　　　　　In Bankruptcy:

DALE LEE BEEBE　　　　　　　　　　　　　　Case No. 15-20112-DSO
TONYA R. BEEBE　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　Hon. DANIEL S. OPPERMAN

　　　　　　Debtor(s).　　　　　　　/

## CERTIFICATE OF DISTRIBUTION

　　　Randall L. Frank, Trustee of the above-named estate, hereby states the following:

　　　1.　　That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

　　　2.　　That the Trustee has collected $3,020.00 and disbursed $80.00, leaving a balance on hand of $2,940.00, which funds are deposited in an account at Bank of Texas;

　　　3.　　That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| RANDALL L. FRANK FEE per c/o 2/11/16 | $755.00 | % 100.00 | $755.00 |
| RANDALL L. FRANK EXPENSE per c/o 2/11/16 | $115.00 | % 100.00 | $115.00 |
| RANDALL L. FRANK, ATTORNEY FOR TRUSTEE FEES per c/o 2/11/16 | $1,057.00 | % 100.00 | $1,057.00 |
| | | **Subtotal:** | **$1,927.00** |

| Priority Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 3 | Michigan Department of Treasury | $27.67 | % 100.00 | $27.67 |
| | | | **Subtotal:** | **$27.67** |

| Unsecured Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 1 | TNT Financial Inc. | $10,217.11 | % 5.07 | $517.95 |
| 2 | RUSSELL COLLECTION | $481.00 | % 5.07 | $24.38 |
| 3 | Michigan Department of Treasury | $6,998.43 | % 5.07 | $354.77 |

| | | | | | |
|---|---|---|---|---|---|
| 4 | County of Gratiot | $560.31 | % 5.07 | $28.40 |
| 6 | Frontier Communications | $487.09 | % 5.07 | $24.69 |
| 7 | American InfoSource LP as agent for | $399.10 | % 5.07 | $20.23 |
| 8 | LVNV Funding, LLC its successors and assigns as | $294.13 | % 5.07 | $14.91 |
| | | | **Subtotal:** | **$985.33** |
| | | | **Total:** | **$2,940.00** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: February 15, 2016

/s/ Randall L. Frank
P.O. Box 2220
Bay City MI 48707-2220
Phone: (989) 893-2461
E-mail: randall.frank@gmail.com
[P33189]